No. 638, Misc. WERNER v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 641, Misc. DORSEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 651, Misc. CARTY v. FLORIDA. C. A. 7th Cir. Certiorari denied.

No. 662, Misc. CUMMINGS v. PEPERSACK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 666, Misc. MAYBERRY v. RUSSELL, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 684, Misc. JENNINGS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 705, Misc. MOORE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 720, Misc. EDWARDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 652, Misc. HARRIS v. MAXWELL, WARDEN, ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit and for other relief denied.